

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,540

**RAMIRO F. GONZALES, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON DIRECT APPEAL FROM CAUSE No. 04-02-9091-CR
IN THE 38TH JUDICIAL DISTRICT COURT
MEDINA COUNTY**

JOHNSON, J., filed a concurring opinion.

## CONCURRING OPINION

I concur in the judgment of the Court because I believe that the Court's disposition of this

case is correct. However, I also agree with the arguments set out by Judge Cochran in her concurring

opinion and by Judge Womack in his dissenting opinion.

Filed: June 17, 2009
Do not publish